**J. C. JOHNSON, JR., Individually and as Administrator for the Estate of S. W. W. Johnson and also as Administrator for the Estate of J. C. Johnson and Mary Lee Johnson, v. ALVIN ENGEL.**

14 So. (2nd) 268                                           June Term, 1943
June 15, 1943                                                Division A
Rehearing Granted July 10, 1943        On Rehearing July 20, 1943

*A. R. Roebuck, John Ziegler* and *Roebuck & Ziegler,* for appellants.

*Manley P. Caldwell* and *Joseph D. Farrish,* for appellee.

PER CURIAM:

From an inspection of the record we find no reversible error and the decree is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.

ON REHEARING

PER CURIAM:

Pursuant to rehearing granted and order of substitution of parties the court now, after further consideration, adheres to its former judgment of affirmance.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.